# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✔ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

CASE NUMBER: 2 : 02 - CR - 1126     TAPE NUMBER: 02-44     DATE: October 28, 2002

PRESENT: THE HONORABLE CHARLES F. EICK , U.S. MAGISTRATE JUDGE

COURT CLERK: Alex Silverio     ASSISTANT U.S. ATTORNEY: Jennifer Corbet

COURT CLERK: _____     ASSISTANT U.S. ATTORNEY: Jason De Brettville

INTERPRETER / LANGUAGE: _____

| UNITED STATES OF AMERICA | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| v. | |
| 1. AVERY JOHN WALLER | Randy Sue Pollock |
| [X] PRESENT [X] CUSTODY [ ] BOND [ ] SUMMONS | 1. [X] PRESENT [ ] CJA [X] RETAINED [ ] DFPD |
| [ ] PRESENT [ ] CUSTODY [ ] BOND [ ] SUMMONS | [ ] PRESENT [ ] CJA [ ] RETAINED [ ] DFPD |
| [ ] PRESENT [ ] CUSTODY [ ] BOND [ ] SUMMONS | [ ] PRESENT [ ] CJA [ ] RETAINED [ ] DFPD |
| [ ] PRESENT [ ] CUSTODY [ ] BOND [ ] SUMMONS | [ ] PRESENT [ ] CJA [ ] RETAINED [ ] DFPD |

PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.

[ ] Court orders counsel appointed.    [ ] Possible contribution ordered.    [ ] Filed Waiver of Indictment

[X] Defendant is arraigned and states true name is [X] as charged [ ] _____
    [ ] Defendant is arraigned as: _____

[X] Defendant is given a copy of the [ ] _____
    [ ] Indictment [X] Information, acknowledges receipt of a copy and waives reading thereof.

[ ] Defendant consents to be tried by a U.S. Magistrate Judge and waives trial by jury and case is ordered assigned to Magistrate Judge _____ for plea and all further proceedings.

[X] Court orders this case assigned to the calendar of MARGARET M. MORROW _____ U.S. District Judge, for plea
    [X] of guilty [ ] trial setting; and all further proceedings [X] OCTOBER 28, 2002 @ 3:00 PM _____

[ ] Defendant pleads not guilty to all counts of the [ ] _____
    [ ] Indictment [ ] Information as charged. [ ] Court orders this case assigned to the calendar of _____, U.S. District Judge, and further orders jury trial set for _____ at _____. Defendant and his counsel are ordered to appear before said judge at the date and time indicated.

[ ] Court orders notice to counsel and discovery and inspection order issued.

[ ] Defendant's first appearance; Defendant posts a [ ] $_____ unsecured Appearance Bond;
    [ ] Personal Recognizance Bond. Court orders Defendant to report to the U.S. Marshal's Office forthwith for processing.

[ ] Other: _____

ENTER ON ICMS

NOV 4

[ ] Trial estimate _____

[ ] Status Conference [ ] Pre-Trial Conference    [ ] Motion hearing date is set for: _____

Initials of Deputy Clerk _____

cc: ___CJA Supv. Attorney ___PSA ___Statistics Clerk ___USM ED ___USM LA ___USM SA

CR-85 (05/02)     CRIMINAL MINUTES - ARRAIGNMENT