THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BRENT A. WHITTLESEY
Assistant United States Attorney
California Bar Number:73493
brent.whittlesey@usdoj.gov
    Room 7516-AA Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2445
    Facsimile: (213) 894-5900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 02-1226-MMM |
| Plaintiff, | |
| v. | SATISFACTION OF JUDGMENT |
| AVERY JOHN WALLER, | |
| Defendant. | |

1  TO THE ABOVE-ENTITLED COURT:

2     Full satisfaction of monetary impositions is hereby
3  acknowledged of said judgment, entered March 10, 2003, in favor
4  of the United States of America, and against Avery John Waller,
5  and the Clerk is hereby authorized and directed to enter full
6  satisfaction of record of said action.

7     DATED: This 15 day of July    , 2008.

```
                    THOMAS P. O'BRIEN
                    United States Attorney
                    LEON W. WEIDMAN
                    Assistant United States Attorney
                    Chief, Civil Division

                    _____
                    BRENT A. WHITTLESEY
                    Assistant United States Attorney

                    Attorneys for Plaintiff
```

2